BERTRAND D. YORK v. INGHAM CIRCUIT JUDGE.

*Mandamus—Motion to vacate decree.*

A chancery decree is not to be set aside on a mere motion, and if so set aside mandamus lies to vacate the action, but without prejudice to the right which any party may have had to proceed in a regular way.

Mandamus.  Submitted June 16.  Granted June 17.

*E. D. Lewis* for relator.

*Geo. M. Huntington* for respondent.

Relator seeks in this proceeding to set aside the action of respondent in vacating, upon motion, a chancery decree entered by him sixteen months before.  In answer to the order to show cause, respondent states that he signed the decree, as he supposed, without reading it, and under an impression that it was satisfactory to counsel for all parties. The decree recited that all the material averments of the bill were true as alleged, but it was also declared to be without prejudice to defendants' right to file a bill of their own, it being the judge's opinion that they could not otherwise fully protect their rights. The subsequent order purported to restore the parties to their original situation in all respects, as if no decree had been made, and to leave the answer filed by them, and allowed to be withdrawn, to stand as the answer to the original bill of complaint.

*E. D. Lewis* for the writ.

*Geo. M. Huntington* against.

PER CURIAM.  The Court is of opinion that the decree in this case could not properly be thus set aside on mere motion.

The writ will therefore issue, but without prejudice to any right the parties, or any of them, may have had at the time the action complained of was taken, to take proceedings in the regular way.